ENTERED ON DOCKET

8/31/99 PURSUANT

TO FRCP RULES 58 & 79b

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JORGE L. RODRIGUEZ AND
LUIS MERCADO

    Plaintiffs

       v.

UNITED STATES OF AMERICA

    Defendant

CIVIL NO. 98-2441 (PG)

## J U D G M E N T

The Court having granted defendant's motion to dismiss, it is hereby

ORDERED AND ADJUDGED that this action is DISMISSED.

San Juan, Puerto Rico, August _26_, 1999.

JUAN M. PEREZ GIMENEZ
U. S. District Judge